```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: CQX031806
Cashier ID: sq
Transaction Date: 10/04/2010
Payer Name: STEVEN LECHNER
------------------------------------
CIVIL FILING FEE
 For: STEVEN LECHNER
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

10-CV-2408


A fee of $45.00 will be assessed on
any returned check.
```