## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 10-cv- 02408 RPM-1cmT

| | | |
|---|---|---|
| Debbie Bonidy,<br>Tab Bonidy, and<br>National Association<br>for Gun Rights, | PLAINTIFF(S), | |
| v. | | **SUMMONS** |
| United States Postal<br>Service;<br>John E. Potter,<br>Postmaster;<br>Steve Reuhle,<br>Postmaster, Avon,<br>Colorado, | DEFENDANT(S). | |

To the above named Defendant(s):  John E. Potter, Postmaster General

You are hereby summoned and required to serve upon

James M. Manley, Esq.

plaintiff's attorney, whose address Is:

Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO  80227

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 60 days of service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

_____ Deputy Clerk

(Seal of the Court)

Date: Oct 4, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| NAME OF SERVER: | TITLE: |
|---|---|
| Jane E. Larrew | Legal Assistant |

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify):   Pursuant to F.R.C.P. 4(i)

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on:   October 7, 2010
Date

Signature of Server

Mountain States Legal Foundation
Address of Server

2596 S. Lewis Way
Lakewood, CO 80227

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>M. Reynolds   10/7/10 |

1. Article Addressed to:

John E. Potter
Postmaster General
United States Postal Service
475 L'Enfant Plaza SW, Room 10022
Washington, D.C.  20260-0010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7004 2510 0006 1985 8727

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

7004 2510 0006 1985 8727

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.73 |
|---|---|---|
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.83 |

Postmark Here   DENVER CO   BEAR VALLEY STA   OCT-4   USPS

John E. Potter
Postmaster General
United States Postal Service
475 L'Enfant Plaza SW, Room 10022
Washington, D.C.  20260-0010

PS Form 3800, June 2002       See Reverse for Instructions