## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 10-cv-02408 RPM-lMT

Debbie Bonidy,
Tab Bonidy, and    PLAINTIFF(S),
National Association
for Gun Rights,

v.                                      **SUMMONS**

United States Postal
Service;
John E. Potter,    DEFENDANT(S).
Postmaster;
Steve Reuhle,
Postmaster, Avon,
Colorado,

To the above named Defendant(s): Eric J. Holder, Jr., United States Attorney General

You are hereby summoned and required to serve upon

    James M. Manley, Esq.

plaintiff's attorney, whose address is:

    Mountain States Legal Foundation
    2596 S. Lewis Way
    Lakewood, CO 80227

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 60 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
                               Deputy Clerk
(Seal of the Court)

Date: Oct 4, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| NAME OF SERVER: Jane E. Larrew | TITLE: Legal Assistant |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify):   Pursuant to F.R.C.P. 4(i)

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on:   October 12, 2010
Date

Signature of Server   *[signed] Jane C. Larrew*

Mountain States Legal Foundation
Address of Server
2596 S. Lewis Way, Lakewood, CO  80227



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0006 1985 8734**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 5:17 am on October 12, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Detailed Results:

- **Delivered, October 12, 2010, 5:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 10, 2010, 6:55 am, WASHINGTON, DC 20022**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 10-cv-02408 RPM-KMT

Debbie Bonidy,
Tab Bonidy, and      PLAINTIFF(S),
National Association
for Gun Rights,

v.                                                           **SUMMONS**

United States Postal
Service;              DEFENDANT(S).
John E. Potter,
Postmaster;
Steve Reuhle,
Postmaster, Avon,
Colorado,

To the above named Defendant(s):  Civil Process Clerk, United States Attorney's Office

You are hereby summoned and required to serve upon

   James M. Manley, Esq.

plaintiff's attorney, whose address is:

   Mountain States Legal Foundation
   2596 S. Lewis Way
   Lakewood, CO  80227

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within **60** days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
                                        Deputy Clerk
(Seal of the Court)

Date: Oct 4, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE | |
|---|---|
| NAME OF SERVER: Jane E. Larrew | TITLE: Legal Assistant |

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify):  Pursuant to F.R.C.P. 4(i)

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on:  October 7, 2010
Date

Signature of Server  *[signed] Jane E. Larrew*

Mountain States Legal Foundation
Address of Server
2596 S. Lewis Way
Lakewood, CO 80227

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: 10/7/10<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>**Civil Process Clerk**<br>**United States Attorney's Office**<br>**District of Colorado**<br>**1225 17th Street, Suite 700**<br>**Denver, CO 80202** | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0006 1985 8741 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.73 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.83 |

Postmark Here — DENVER CO 80227 BEAR VALLEY STA — OCT -4 2010

Sent To: Civil Process Clerk
Street, United States Attorney's Office
or PO: District of Colorado
City, S: 1225 17th Street, Suite 700
Denver, CO 80202     Bonidy

PS Form 3800, June 2002     See Reverse for Instructions

7004 2510 0006 1985 8741

## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 10-cv-02408RPM-KMT

Debbie Bonidy,
Tab Bonidy, and          PLAINTIFF(S),
National Association
for Gun Rights,

    v.

United States Postal
Service;
John E. Potter,          DEFENDANT(S).
Postmaster;
Steve Reuhle,
Postmaster, Avon,
Colorado,

**SUMMONS**

To the above named Defendant(s): United States Postal Service

You are hereby summoned and required to serve upon

    James M. Manley, Esq.

plaintiff's attorney, whose address is:

    Mountain States Legal Foundation
    2596 S. Lewis Way
    Lakewood, CO 80227

### AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 60 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
                                Deputy Clerk
(Seal of the Court)

Date: Oct 4, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE ||
|---|---|
| NAME OF SERVER: Jane E. Larrew | TITLE: Legal Assistant |

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify): Pursuant to F.R.C.P. 4(i)

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: October 7, 2010
Date

Signature of Server: *Jane E. Larrew*

Mountain States Legal Foundation
Address of Server
2596 S. Lewis Way
Lakewood, CO 80227

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Postal Service
   475 L'Enfant Plaza SW, Room 10022
   Washington, D.C. 20260-0010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): C Wright
C. Date of Delivery: 10-7-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 1985 8710

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.73 |
| Certified Fee | 2.86 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark: BEAR VALLEY STA DENVER CO 80227, OCT - 4, USPS

Sent To: United States Postal Service
Street, Apt. or PO Box: 475 L'Enfant Plaza SW, Room 10022
City, State: Washington, D.C. 20260-0010   Bonidy

PS Form 3800, June 2002   See Reverse for Instructions

Article number (vertical): 7004 2510 0006 1985 8710

## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 10-cv-02408 RPM-IUMT

Debbie Bonidy,
Tab Bonidy, and       PLAINTIFF(S),
National Association
for Gun Rights,

v.                                                              **SUMMONS**

United States Postal
Service;
John E. Potter,       DEFENDANT(S).
Postmaster;
Steve Reuhle,
Postmaster, Avon,
Colorado,

To the above named Defendant(s): Steve Ruehle, Postmaster, Avon, Colorado

You are hereby summoned and required to serve upon

    James M. Manley, Esq.

plaintiff's attorney, whose address is:

    Mountain States Legal Foundation
    2596 S. Lewis Way
    Lakewood, CO 80227

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 60 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
                      Deputy Clerk
(Seal of the Court)

Date: Oct 4, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| NAME OF SERVER: Jane E. Larrew | TITLE: Legal Assistant |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify):   <u>Pursuant to F.R.C.P. 4(i)</u>

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on:  October 7, 2010
        Date

Signature of Server: *[signed] Jane E. Larrew*

Mountain States Legal Foundation
Address of Server
2596 S. Lewis Way
Lakewood, CO 80227

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) STEVE RUEHLE    C. Date of Delivery 10-7-2010 |
| 1. Article Addressed to:<br><br>Steve Ruehle<br>Postmaster, Avon, Colorado<br>111 West Beaver Creek Boulevard<br>Avon, Colorado 81620-9997 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7004 2510 0006 1985 8758 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.73 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.83 |

Article number: 7004 2510 0006 1985 8758

Sent To: Steve Ruehle
Street, Apt. No.; or PO Box No.: Postmaster, Avon, Colorado / 111 West Beaver Creek Boulevard
City, State, ZIP+4: Avon, Colorado 81620-9997   Bonidy

Postmark: BEAR VALLEY STA DENVER CO 80227 OCT -4 2010

PS Form 3800, June 2002    See Reverse for Instructions