IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02408-RPM

DEBBIE BONIDY,
TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

     Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
JOHN POTTER, Postmaster General, and
STEVE RUEHLE, Postmaster, Avon, Colorado,

     Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The motion to dismiss [6] is set for hearing on **March 21, 2011, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: February 15, 2011