# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 21, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-02408-RPM

| | |
|---|---|
| DEBBIE BONIDY, TAB BONIDY and NATIONAL ASSOCIATION FOR GUN RIGHTS, | James M. Manley |
| Plaintiffs, | |
| v. | |
| UNITED POSTAL SERVICE, PATRICK DONAHOE, Postmaster General and STEVE RUEHLE, Postmaster, Avon, Colorado, | Leslie R. Farby Amy L. Padden |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**1:56 p.m.**     **Court in session.**

Plaintiffs Tab and Debbie Bonidy and defendant United Postal Service's client representative Rod Eves are present.

Court's preliminary remarks and disclosure pursuant to Title 28 U.S.C § 455.

Mr. Manley answers questions asked by the Court regarding case facts and claims with respect to the postal service firearms' regulation.

Argument by Ms. Farby [6].
Argument by Mr. Manley.

**ORDERED:**     Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, filed December 6, 2010 [6], is granted with leave for plaintiffs to file an amended complaint (20 days) by April 11, 2011.

**2:20 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 24 min.