**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              November 18, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-02408-RPM

DEBBIE BONIDY,                                                              James M. Manley
TAB BONIDY and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

      Plaintiffs,

v.

UNITED POSTAL SERVICE,                                                      Leslie R. Farby
PATRICK DONAHOE, Postmaster General and
STEVE RUEHLE, Postmaster, Avon, Colorado,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:00 p.m.          Court in session.**

Defendant U.S. Postal Service client representative Roderick Eves present.

Court's preliminary remarks.

Argument by Ms. Farby.
Argument by Mr. Manley.
Rebuttal argument by Ms. Farby.

**ORDERED:     Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, filed
               4/25/2011 [16], is denied.
               Defendants shall respond to the Amended Complaint.
               Scheduling Conference set January 26, 2012 at 10:00 a.m.
               Proposed scheduling order submitted in paper form to chambers by 4:00 p.m.
               January 19, 2012.**

**2:45 p.m.          Court in recess.**          Hearing concluded.  Total time: 45 min.