IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02408-RPM

DEBBIE BONIDY,
TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

      Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
STEVE RUEHLE, Postmaster, Avon, Colorado,

      Defendants.

_____

ORDER DISMISSING PLAINTIFF DEBBIE BONIDY'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE
_____

      Pursuant to The Stipulation of Dismissal of Debbie Bonidy's Claims, filed September 4, 2012 [29], it is

      ORDERED that plaintiff Debbie Bonidy's claims against defendants United States Postal Service, Patrick Donahoe, Postmaster General and Steve Ruehle are dismissed with prejudice and each party will bear its own costs and attorney's fees with respect to Ms. Bonidy's claims.

      Dated:   September 5th, 2012

                                              BY THE COURT:

                                              s/ Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge