IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02408-RPM

TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

    Plaintiffs,
v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
STEVE RUEHLE, Postmaster, Avon, Colorado,

    Defendants.

_____

### ORDER EXTENDING TIME TO FILE REPLY
_____

    Upon review of Plaintiffs' unopposed motion for extension of time, to and including December 27, 2012, in which to file a reply in support of Plaintiffs' Cross-Motion for Summary Judgment, it is

    ORDERED that the motion is granted.

    Dated:   December 11th, 2012

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge