IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02408-RPM

TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
MICHAEL KERVIN, Postmaster, Avon, Colorado,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The motions for summary judgment [32, 33] are set for hearing on **June 18, 2013, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   April 9, 2013