**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          June 18, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki
_____

Civil Action No. 10-cv-02408-RPM

TAB BONIDY and                                                              James M. Manley
NATIONAL ASSOCIATION FOR GUN RIGHTS,

        Plaintiffs,

v.

UNITED POSTAL SERVICE,                                              Lisa A. Olson
PATRICK DONAHOE, Postmaster General and              Amy L. Padden
MICHAEL KERVIN, Postmaster, Avon, Colorado,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**9:58 a.m.**          **Court in session.**

Defendants' client representative present.

Court's preliminary remarks and states its summary of the case facts.

10:06 a.m.          Argument by Mr. Manley.

10:21 a.m.          Argument by Ms. Olson.

**ORDERED:**     **Plaintiffs' Cross Motion for Summary Judgment [33], is taken under advisement**
                         **and a written opinion will be entered.**

                         **Defendants' Motion for Summary Judgment [31], is taken under advisement**
                         **and a written opinion will be entered.**

**10:35 a.m.**        **Court in recess.**

Hearing concluded.  Total time: 37 min.