AO 133 (Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. 01/01/2013)

| BILL OF COSTS | |
|---|---|
| **United States District Court** | **DISTRICT OF COLORADO** |
| TAB BONIDY, and NATIONAL ASSOCIATION FOR GUN RIGHTS,<br><br>    Plaintiffs,<br>v.<br>UNITED STATES POSTAL SERVICE, PATRICK DONAHOE, Postmaster General, and MICHAEL KERVIN, Acting Postmaster, Avon, Colorado,<br><br>    Defendants. | DOCKET NO. 10-cv-2408-RPM<br><br>MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on July 9, 2013 against Defendants, United States Postal Service, *et al.*, the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk | $ 350.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 99.60 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 1,081.05 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
| | $ |

Please review and comply with D.C.COLO.LCivR .54.1

(See Notice section on reverse side)

**TOTAL**     $     **$1,530.65**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _[signature]_

Print Name    James M. Manley      Phone Number   (303) 292-2021

For:    Tab Bonidy and National Association for Gun Rights     Date   7/15/13
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:   N/A     Date and Time   N/A

Costs are hereby taxed in the following amount and included in the judgment:    Amount Taxed $

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX031806
Cashier ID: sq
Transaction Date: 10/04/2010
Payer Name: STEVEN LECHNER
------------------------------------
CIVIL FILING FEE
 For: STEVEN LECHNER
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

10-CV-2408


A fee of $45.00 will be assessed on
any returned check.
```

**1STBANK VISA**

STEVEN J LECHNER
Account Number: XXXX XXXX XXXX 1357

**Billing Questions:**
303-237-5000
1-800-964-3444

**Website:**
efirstbank.com

**Send Billing Inquiries To:**
FirstBank, P.O. Box 150427, Lakewood, CO 80215

### FIRSTBANK CREDIT CARD CENTER Credit Card Account Statement
### April 26, 2011

**SUMMARY OF ACCOUNT ACTIVITY**

| | |
|---|---|
| Previous Balance | $0.00 |
| - Payments | $0.00 |
| - Other Credits | $0.00 |
| + Purchases | $0.00 |
| + Cash Advances | $0.00 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| = New Balance | $0.00 |
| Account Number | XXXX XXXX XXXX 1357 |
| Credit Limit | $5,000.00 |
| Available Credit | $1,737.00 |
| Statement Closing Date | April 26, 2011 |
| Days in Billing Cycle | 0 |

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance: | $0.00 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | May 21, 2011 |

**TRANSACTIONS**

An amount followed by a minus sign (-) is a credit unless otherwise indicated.

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 04/07 | 04/10 | 242707632602GY0MF | FEDERAL REPORTING SERV. AURORA  CO<br>MCC: 7339   MERCHANT ZIP: 80013 | $24.00 |
| 04/26 | 04/26 | 000000000000COMPC | TOTAL  PURCHASES      $24.00<br>TOTAL                  $24.00 | |

NOTICE: SEE REVERSE SIDE OF PAGE 1 FOR IMPORTANT ACCOUNT AND ANNUAL FEE INFORMATION

5547  0001 BHH       001  7 18  110426 0       PAGE 1 of 2       14 3390 2000 4000 01AD5547       2071

**1STBANK**

FIRSTBANK CREDIT CARD CENTER
PO BOX 150427
LAKEWOOD CO 80215-0427

Please use enclosed envelope to remit payment.

Account Number: XXXX XXXX XXXX 1357
New Balance: $0.00
Minimum Payment Due: $0.00
Payment Due Date: May 21, 2011

Amount Enclosed: $

☐ Indicate name or address change on reverse side and check here.

Please return this portion of the statement with payment.

**Make Check Payable to:**

FIRSTBANK
PO BOX 150427
LAKEWOOD CO 80215-0427

STEVEN J LECHNER                    2071
MOUNTAIN STATES LEGAL FDTN E110
2596 S LEWIS WAY
LAKEWOOD CO 80227-2705

⑆033902000⑆ ⑆030041357⑈

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DEBBIE BONIDY, TAB BONIDY )
)
Plaintiffs, )
)
vs. )   1:10-cv-02408-RPM
)
UNITED STATES POSTAL )
SERVICE, et al., )
)
Defendants. )

---

MOTION HEARING
TRANSCRIPT OF PROCEEDINGS

---

Proceedings held before the HONORABLE RICHARD P. MATSCH, U.S. District Judge for the District of Colorado, beginning at 1:56 p.m. on the 21st day of March, 2011 in Courtroom A, United States Courthouse, Denver, Colorado.

APPEARANCES

| | |
|---|---|
| For the Plaintiffs: | James M. Manley, Esq.<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado  80227 |
| For the Defendants: | Lesley Rebecca Farby, Esq.<br>US Department of Justice-DC #883<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C.  20044 |
| | Amy Padden, Esq.<br>U.S. Attorney's Office<br>1225 17th Street East<br>Denver, Colorado  80202 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

# Federal Reporting Service, Inc.

Federal Reporting Service, Inc. EIN 840844074
17454 E. Asbury Place
Aurora, CO 80013
Aurora, CO 80013

(303)751-2777
frs10@hotmail.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/09/2011 | 4978.4 |
| TERMS | DUE DATE |
| Due on receipt | 12/09/2011 |

**BILL TO**
Mountain States Legal Foundation
Attn: James Manley
2596 S. Lewis Way
Lakewood, CO 80227

PAID

| AMOUNT DUE | ENCLOSED |
|---|---|
| $0.00 | |

Please detach top portion and return with your payment.

| Hrg. Date | Service | Description | Pages | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2011 | DC-Daily 1st Copy to ea party | 10 cv 02408 RPM, Bonidy v USPS Motions Hearing | 37 | 1.20 | 44.40 |
| 12/09/2011 | DEPOSIT | Payment from client to FRS $44.40  VISA XXX 1357 | 1 | 0.00 | 0.00 |
| 12/09/2011 | | emailed pdf to: jmanely@mountainstateslegal.com | | | |

Thank you.

| | |
|---|---|
| TOTAL | $44.40 |
| DEPOSIT | $44.40 |
| BALANCE DUE | $0.00 |

frs10@hotmail.com   Phone: 303-751-2777   Fax: 303-750-2922

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
DEBBIE BONIDY, TAB BONIDY    )
AND NATIONAL ASSOCIATION     )
FOR GUN RIGHTS,              )
                             )
              Plaintiffs,    )
                             )
      vs.                    )    1:10-cv-02408-RPM
                             )
UNITED STATES POSTAL         )
SERVICE, STEVE RUEHLE AND    )
PATRICK DONOHUE,             )
                             )
              Defendants.    )
```

---

MOTION HEARING
TRANSCRIPT OF PROCEEDINGS

---

Proceedings held before the HONORABLE RICHARD P. MATSCH, U.S. District Judge for the District of Colorado, beginning at 1:59 p.m. on the 18th day of November, 2011 in Courtroom A, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiffs:      James M. Manley, Esq.
                         Mountain States Legal Foundation
                         2596 South Lewis Way
                         Lakewood, Colorado  80227

For the Defendants:      Lesley Rebecca Farby, Esq.
                         US Department of Justice-DC #883
                         20 Massachusetts Avenue, N.W.
                         Washington, D.C.  20044


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

# Federal Reporting Service, Inc.

Federal Reporting Service, Inc. EIN 840844074
17454 E. Asbury Place
Aurora, CO 80013
Aurora, CO 80013

(303)751-2777
frs10@hotmail.com

## Invoice

| Date | Invoice # |
|---|---|
| 06/28/2013 | 4978.6 |

| Terms | Due Date |
|---|---|
| Due on receipt | 06/28/2013 |

**Bill To**

Mountain States Legal Foundation
Attn: Jim Manley
2596 S. Lewis Way
Lakewood, CO 80227

| Amount Due | Enclosed |
|---|---|
| $31.20 | |

*Please detach top portion and return with your payment.*

| Hrg. Date | Service | Description | Pages | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/2013 | DC-Daily email copy | 10 cv 02408 RPM, Bonidy v. USPS | 26 | 1.20 | 31.20 |
| 06/28/2013 | | emailed in pdf format to: jmanley@mountainstateslegal.com | | | |

Thank you.

| | Total | $31.20 |
|---|---|---|

frs10@hotmail.com     Phone: 303-751-2777     Fax: 720-230-4862

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

TAB BONIDY                              )
and NATIONAL ASSOCIATION FOR            )
GUN RIGHTS,                             )
                                        )
              Plaintiffs,               )
                                        )
       vs.                              )    10-cv-02408-RPM
                                        )
UNITED STATES POSTAL SERVICE,           )
PATRICK DONAHUE, and                    )
MICHAEL KERVIN,                         )
                                        )
              Defendants.               )

---

MOTION HEARING
TRANSCRIPT OF PROCEEDINGS

---

Proceedings held before the HONORABLE RICHARD P. MATSCH, U.S. District Judge for the District of Colorado, beginning at 9:58 a.m. on the 18th day of June, 2013, in Courtroom A, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiffs:     James M. Manley, Esq.
                        Mountain States Legal Foundation
                        2596 South Lewis Way
                        Lakewood, Colorado 80227

For the Defendant:      Lisa Ann Olson, Esq.
                        U.S. Department of Justice-DC
                        20 Massachusetts Avenue, N.W.
                        Washington, DC  20530

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

---

**KEENAN COURT REPORTING**

P.O. Box 8722– Breckenridge, Colorado  80424
Phone  970-333-4507   Fax  970-547-9364

---

BILL TO:
MOUNTAIN STATES LEGAL FOUNDATION
JAMES M. MANLEY, ESQ.
2596 South Lewis Way
Lakewood, Colorado  80227

Account: 032912
TAX ID NO. 337609659

---

Debbie Bonidy, Tab Bonidy, and National Association For Gun Rights vs. United States Postal Service, Patrick Donahoe, and Steve Ruehle
Civil Action No. 10-cv-02408-RPM
Job Date: March 28 & 29, 2012

THOMAS A. BONIDY
Copy (159 pages)                                                                                              341.85
Electronic/e-mail with exhibits

DEBORAH BONIDY
Copy (5188 pages)                                                                                             404.20
Electronic/e-mail with exhibits

Total:                                                                                                        746.05

*Bonidy*
*09-6742*

---

### KEENAN COURT REPORTING
P.O. Box 8722-- Breckenridge, Colorado 80424
Phone 970-333-4507   Fax 970-547-9364

---

BILL TO:
MOUNTAIN STATES LEGAL FOUNDATION
JAMES M. MANLEY, ESQ.
2596 South Lewis Way
Lakewood, Colorado 80227

Account: 032912
TAX ID NO. 337609659

---

Debbie Bonidy, Tab Bonidy, and National Association For Gun Rights vs. United States Postal Service, Patrick Donahoe, and Steve Ruehle
Civil Action No. 10-cv-02408-RPM
Job Date: March 28 & 29, 2012

| | |
|---|---:|
| March 27, 2012 | |
| Appearance: 2.5 Hours | 62.00 |
| | |
| STEVEN RUEHLE | |
| Original & Copy (70 pages) | 266.00 |
| Electronic/e-mail | |
| | |
| Shipping and Handling | 7.00 |
| | |
| Total: | 335.00 |

Bonidy
09-6742