**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02408-RPM

TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

      Plaintiffs,

    v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
MICHAEL KERVIN, Postmaster, Avon, Colorado,

      Defendants.

---

**NOTICE OF APPEAL**

---

    NOTICE IS HEREBY GIVEN that Tab Bonidy and the National Association for Gun

Rights, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of

Appeals for the Tenth Circuit from the Memorandum Opinion and Order entered in this action

on July 9, 2013, (Doc. No. 44) and the Judgment entered in this action on July 9, 2013, (Doc.

No. 45), denying Plaintiffs' Second Claim For Relief.

    DATED this 18th day of September 2013.

                  Respectfully submitted,

                  /s/ James M. Manley
                  James M. Manley
                  Mountain States Legal Foundation
                  2596 South Lewis Way
                  Lakewood, Colorado 80227

(303) 292-2021
jmanley@mountainstateslegal.com

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2013, I filed the foregoing document electronically through the CM/ECF  system and caused counsel of record to be served electronically through the CM/ECF system.


/s/ James M. Manley
James M. Manley