APPEAL,TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:10−cv−02408−RPM

| | |
|---|---|
| Bonidy et al v. United States Postal Service et al<br>Assigned to: Judge Richard P. Matsch<br>Case in other court:  USCA, 13−01374<br>Cause: 39:409 Postal Service | Date Filed: 10/04/2010<br>Date Terminated: 07/09/2013<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Debbie Bonidy**　　　　　　　　　　　　　　represented by **James M. Manley**
*TERMINATED: 09/05/2012*　　　　　　　　　　　　　　　　　　　Mountain States Legal Foundation
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2596 South Lewis Way
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lakewood, CO 80227
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　303−292−2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 303−292−1980
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jmanley@mountainstateslegal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tab Bonidy**　　　　　　　　　　　　　　　　represented by **James M. Manley**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Association for Gun Rights**　　　represented by **James M. Manley**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Postal Service**　　　　　　represented by **Lisa Ann Olson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice−DC−Mass. Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　202−514−5633
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: lisa.olson@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Amy L. Padden**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office−Denver
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1225 17th Street East
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Seventeenth Street Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　303−454−0100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 303−454−0408
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: amy.padden@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Lesley Rebecca Farby**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice−DC−#883
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20044

                                                202–514–3481
                                                Fax: 202–616–8470
                                                Email: lesley.farby@usdoj.gov
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**John Potter**                            represented by  **Amy L. Padden**
*Postmaster General*                                         (See above for address)
*TERMINATED: 04/08/2011*                           *ATTORNEY TO BE NOTICED*

                                                     **Lesley Rebecca Farby**
                                                     (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Ruehle**                          represented by  **Amy L. Padden**
*Postmaster, Avon, Colorado*                          (See above for address)
*TERMINATED: 09/28/2012*                         *ATTORNEY TO BE NOTICED*

                                                   **Lesley Rebecca Farby**
                                                   (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Donahoe**                    represented by  **Lisa Ann Olson**
*Postmaster General*                                         (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Lesley Rebecca Farby**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Kervin**                       represented by  **Lisa Ann Olson**
*Postmaster, Avon Colorado*                          (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2010 | 1 | COMPLAINT for Declaratory and Injunctive Relief against John Potter, Steve Ruehle, and United States Postal Service (Filing fee $ 350, Receipt Number 31806) Summons Issued, filed by Debbie Bonidy, Tab Bonidy, and National Association for Gun Rights. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet, # 4 Receipt)(lyg, ) (Entered: 10/04/2010) |
| 10/04/2010 | 2 | CORPORATE DISCLOSURE STATEMENT by Plaintiff National Association for Gun Rights.. (Manley, James) (Entered: 10/04/2010) |
| 10/13/2010 | 3 | SUMMONS Returned Executed upon defendant(s) John Potter served on 10/7/2010, answer due 12/6/2010. (Manley, James) (Entered: 10/13/2010) |
| 10/13/2010 | 4 | SUMMONS Returned Executed upon defendant(s) Steve Ruehle served on 10/7/2010, answer due 12/6/2010; United States Postal Service served on 10/7/2010, answer due 12/6/2010. (Manley, James) (Entered: 10/13/2010) |
| 10/25/2010 | 5 | AMENDED COMPLAINT against All Defendants, filed by Debbie Bonidy, Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Exhibit, # 2 Exhibit)(Manley, James) (Entered: 10/25/2010) |
| 12/06/2010 | 6 | MOTION to Dismiss First Amended Complaint 5 by Defendants John Potter, Steve Ruehle, United States Postal Service. (Farby, Lesley) Modified on 12/7/2010 to |

| | | |
|---|---|---|
| | | add linkage (jjh, ). (Entered: 12/06/2010) |
| 12/13/2010 | 7 | NOTICE re 6 MOTION to Dismiss *First Amended Complaint Notice of Supplemental Authority* by Defendants John Potter, Steve Ruehle, United States Postal Service (Attachments: # 1 Exhibit Supplemental Authority)(Farby, Lesley) (Entered: 12/13/2010) |
| 12/20/2010 | 8 | Joint MOTION for Extension of Time to File Response/Reply as to 6 MOTION to Dismiss *First Amended Complaint* by Plaintiffs Debbie Bonidy, Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Proposed Order (PDF Only))(Manley, James) (Entered: 12/20/2010) |
| 12/20/2010 | 9 | ORDER Granting 8 Joint Motion for Extension of Deadlines. Plaintiffs shall file an opposition to Defendants' 6 Motion to Dismiss no later than January 14, 2011. Defendants may file a reply to Plaintiffs' opposition no later than February 11, 2011. Signed by Judge Richard P. Matsch on 12/20/2010.(rpmcd) (Entered: 12/20/2010) |
| 01/14/2011 | 10 | RESPONSE to 6 MOTION to Dismiss *First Amended Complaint* filed by Plaintiffs Debbie Bonidy, Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Exhibit)(Manley, James) (Entered: 01/14/2011) |
| 02/11/2011 | 11 | REPLY to Response to 6 MOTION to Dismiss *First Amended Complaint* filed by Defendants John Potter, Steve Ruehle, United States Postal Service. (Farby, Lesley) (Entered: 02/11/2011) |
| 02/15/2011 | 12 | Minute ORDER Setting Hearing on 6 MOTION to Dismiss for 3/21/2011 at 02:00 PM in Courtroom A by Judge Richard P. Matsch on 2/15/2011. (rpmcd) (Entered: 02/15/2011) |
| 03/21/2011 | 13 | Minute Entry – Courtroom Minutes for Motion Hearing held on 3/21/2011 before Judge Richard P. Matsch. ORDERED: Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, filed December 6, 2010 6 , is granted with leave for plaintiffs to file an amended complaint (20 days) by April 11, 2011. (FTR: K. Terasaki) (rpmcd) (Entered: 03/21/2011) |
| 04/04/2011 | 14 | TRANSCRIPT of Motion Hearing held on March 21, 2011 before Judge Matsch. Pages: 1–20. Prepared by: Federal Reporting Service, Inc.<br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 7/8/2011. (Federal Reporting Service, Inc., ) (Entered: 04/04/2011) |
| 04/08/2011 | 15 | AMENDED COMPLAINT against All Defendants, filed by Debbie Bonidy, Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Exhibit, # 2 Exhibit)(Manley, James) (Entered: 04/08/2011) |
| 04/25/2011 | 16 | MOTION to Dismiss Second Amended Complaint 15 by Defendants Patrick Donahoe, Steve Ruehle, United States Postal Service. (Farby, Lesley) Modified on 4/26/2011 to add linkage (jjh, ). (Entered: 04/25/2011) |
| 05/19/2011 | 17 | BRIEF in Opposition to 16 MOTION to Dismiss *Second Amended Complaint* filed by Plaintiffs Debbie Bonidy, Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Exhibit)(Manley, James) (Entered: 05/19/2011) |
| 06/06/2011 | 18 | REPLY to Response to 16 MOTION to Dismiss *Second Amended Complaint* filed by Defendants Patrick Donahoe, Steve Ruehle, United States Postal Service. (Attachments: # 1 Exhibit)(Farby, Lesley) (Entered: 06/06/2011) |
| 07/08/2011 | 19 | NOTICE *OF SUPPLEMENTAL AUTHORITY* by Plaintiffs Debbie Bonidy, Tab Bonidy, National Association for Gun Rights (Attachments: # 1 Exhibit)(Manley, |

| | | |
|---|---|---|
| | | James) (Entered: 07/08/2011) |
| 10/20/2011 | 20 | Minute ORDER Setting Hearing on 16 MOTION to Dismiss for 11/18/2011 at 02:00 PM in Courtroom A by Judge Richard P. Matsch on 10/20/2011. (rpmcd) (Entered: 10/20/2011) |
| 11/18/2011 | 21 | Courtroom Minutes for Motion Hearing held on 11/18/2011 before Judge Richard P. Matsch. ORDERED: Defendants' Motion to Dismiss Plaintiffs Second Amended Complaint, filed 4/25/2011 16 , is denied. Defendants shall respond to the Amended Complaint. Scheduling Conference set January 26, 2012 at 10:00 a.m. Proposed scheduling order submitted in paper form to chambers by 4:00 p.m. January 19, 2012. (FTR: K. Terasaki) (rpmcd ) (Entered: 11/18/2011) |
| 11/18/2011 | 22 | ORDER Setting Scheduling Conference for 1/26/2012 at 10:00 AM in Conference Room and proposed order (original only) on paper, shall be submitted directly to chambers by 4:00 p.m. on January 19, 2012, by Judge Richard P. Matsch on 11/18/2011. (rpmcd) (Entered: 11/18/2011) |
| 12/02/2011 | 23 | TRANSCRIPT of Motion Hearing held on November 18, 2011 before Judge Matsch. Pages: 1–37. Prepared by: Federal Reporting Service, Inc. **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 3/5/2012. (Federal Reporting Service, Inc., ) (Entered: 12/02/2011) |
| 12/09/2011 | 24 | ANSWER to 15 Amended Complaint by Patrick Donahoe, Steve Ruehle, United States Postal Service.(Farby, Lesley) (Entered: 12/09/2011) |
| 01/26/2012 | 25 | SCHEDULING ORDER: Discovery due by 6/25/2012. Dispositive Motions due by 9/28/2012. Signed by Judge Richard P. Matsch on 1/26/2012. (rpmcd ) (Entered: 01/26/2012) |
| 01/26/2012 | 26 | Courtroom Minutes for Scheduling Conference held on 1/26/2012 before Judge Richard P. Matsch. (FTR: K. Terasaki) (rpmcd) (Entered: 01/26/2012) |
| 04/05/2012 | 27 | Unopposed MOTION for Protective Order by Defendants Patrick Donahoe, Steve Ruehle, United States Postal Service. (Attachments: # 1 Proposed Order (PDF Only))(Farby, Lesley) (Entered: 04/05/2012) |
| 04/06/2012 | 28 | PROTECTIVE ORDER re 27 , by Judge Richard P. Matsch on 4/6/2012. (rpmcd ) (Entered: 04/06/2012) |
| 09/04/2012 | 29 | STIPULATION of Dismissal of Party *Debbie Bonidy* by Plaintiff Debbie Bonidy. (Manley, James) (Entered: 09/04/2012) |
| 09/05/2012 | 30 | ORDER DISMISSING PLAINTIFF DEBBIE BONIDY'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE and each party will bear its own costs and attorney's fees with respect to Ms. Bonidys claims re: 29 Stipulation, by Judge Richard P. Matsch on 9/5/2012. (Debbie Bonidy terminated), (rpmcd) (Entered: 09/05/2012) |
| 09/28/2012 | 31 | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by Defendants Patrick Donahoe, Steve Ruehle, United States Postal Service.. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A–1 (part 1 of 4), # 3 Exhibit A–1 (part 2 of 4), # 4 Exhibit A–1 (part 3 of 4), # 5 Exhibit A–1 (part 4 of 4), # 6 Exhibit A–2, # 7 Exhibit A–3 (part 1 of 2), # 8 Exhibit A–3 (part 2 of 2), # 9 Exhibit A–4, # 10 Exhibit A–5, # 11 Exhibit A–6, # 12 Exhibit A–7, # 13 Exhibit A–8, # 14 Exhibit A–9, # 15 Exhibit A–10, # 16 Exhibit A–11, # 17 Exhibit A–12, # 18 Exhibit A–13, # 19 Exhibit A–14, # 20 Exhibit A–15, # 21 Exhibit A–16 (part 1 of 2), # 22 Exhibit A–16 (part 2 of 2))(Farby, Lesley) Modified on 10/16/2012 to remove Level 1 Restriction pursuant to Local Civil Rule 7.2(D) (rpmcd}. (Entered: 09/28/2012) |

| | | |
|---|---|---|
| 09/28/2012 | 32 | MOTION for Summary Judgment by Defendants (Public and Text Only Entry re 31 ). (rpmcd) (Entered: 09/28/2012) |
| 10/29/2012 | 33 | Cross MOTION for Summary Judgment AND RESPONSE 32 IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT by Plaintiffs Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Manley, James) Modified on 10/30/2012 (rpmcd). (Entered: 10/29/2012) |
| 11/28/2012 | 34 | BRIEF in Opposition to 33 Cross MOTION for Summary Judgment *AND RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT and Reply in Support of Defendants' Motion for Summary Judgment* filed by Defendants Patrick Donahoe, Steve Ruehle, United States Postal Service. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A–17, # 3 Exhibit Padilla–1, # 4 Exhibit A–18, # 5 Exhibit A–19, # 6 Exhibit A–20, # 7 Exhibit A–21)(Farby, Lesley) (Entered: 11/28/2012) |
| 12/10/2012 | 35 | Unopposed MOTION for Extension of Time to File Response/Reply as to 33 Cross MOTION for Summary Judgment *AND RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT* by Plaintiffs Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Proposed Order (PDF Only))(Manley, James) (Entered: 12/10/2012) |
| 12/11/2012 | 36 | ORDER granting 35 Motion for Extension of Time to File Reply by 12/27/12 by Judge Richard P. Matsch on 12/11/12.(jjhsl, ) (Entered: 12/11/2012) |
| 12/27/2012 | 37 | REPLY to Response to 33 Cross MOTION for Summary Judgment *AND RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT* filed by Plaintiffs Tab Bonidy, National Association for Gun Rights. (Manley, James) (Entered: 12/27/2012) |
| 02/28/2013 | 38 | NOTICE of Supplemental Authorities by Defendants Patrick Donahoe, Steve Ruehle, United States Postal Service (Attachments: # 1 Exhibit 1 (Peterson Decision))(Farby, Lesley) (Entered: 02/28/2013) |
| 03/04/2013 | 39 | RESPONSE to 38 Notice of Supplemental Authorities by Plaintiffs Tab Bonidy, National Association for Gun Rights. (Manley, James) (Entered: 03/04/2013) |
| 04/09/2013 | 40 | Minute ORDER Setting Hearing on Motions 32 and 33 for Summary Judgment for 6/18/2013 at 10:00 AM in Courtroom A, by Judge Richard P. Matsch on 4/9/2013. (rpmcd) Modified on 4/9/2013 (rpmcd). (Entered: 04/09/2013) |
| 04/10/2013 | 41 | NOTICE *of Appearance* by Defendants Patrick Donahoe, John Potter, Steve Ruehle, United States Postal Service (Olson, Lisa) (Entered: 04/10/2013) |
| 06/18/2013 | 42 | Courtroom Minutes for Motion Hearing held on 6/18/2013 before Judge Richard P. Matsch. ORDERED: Plaintiffs' Cross Motion for Summary Judgment 33 , is taken under advisement and a written opinion will be entered. Defendants' Motion for Summary Judgment 31 , is taken under advisement and a written opinion will be entered. FTR: K. Terasaki. (rpmcd) (Entered: 06/18/2013) |
| 06/28/2013 | 43 | TRANSCRIPT of Motion Hearing held on June 18, 2013 before Judge Matsch. Pages: 1–26. Prepared by: Federal Reporting Service, Inc.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/30/2013. (Federal Reporting Service, Inc., ) (Entered: 06/28/2013) |
| 07/09/2013 | 44 | MEMORANDUM OPINION AND ORDER re 32 and 33 : the Defendants take such action as is necessary to permit Tab Bonidy to use the public parking lot |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | adjacent to the Avon Post Office Building with a firearm authorized by his Concealed Carry Permit secured in his car in a reasonably prescribed manner. The other claims of unconstitutionality of 39 C.F.R. § 232.1(l) made by Plaintiffs are denied, by Judge Richard P. Matsch on 7/9/2013.(rpmcd) (Entered: 07/09/2013)                                                                                                                                                                                                                                    |
| 07/09/2013 | 45 | JUDGMENT by Clerk and Approved by Court re 44 : the Defendants take such action as is necessary to permit Tab Bonidy to use the public parking lot adjacent to the Avon Post Office Building with a firearm authorized by his Concealed Carry Permit secured in his car in a reasonably prescribed manner.The other claims of unconstitutionality of 39 C.F.R. § 232.1(l) made by Plaintiffs are denied. Plaintiffs Tad Bonidy and the National Association for Gun Rights shall have their costs by the filing of a Bill of Costs with the Clerk of the Court within 14 days of entry of judgment, by Clerk on 7/9/2013. (rpmcd ) (Entered: 07/09/2013) |
| 07/16/2013 | 46 | Proposed Bill of Costs by Plaintiffs Tab Bonidy, National Association for Gun Rights. (Attachments: # 1 Continuation of Main Document STIPULATION AS TO BILL OF COSTS)(Manley, James) (Entered: 07/16/2013)                                                                                                                                                                                                                                                                                                                                                   |
| 07/16/2013 | 47 | Costs Taxed in amount of $ 1,530.65 against Defendants (ervsl, ) (Entered: 07/17/2013)                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 09/06/2013 | 48 | NOTICE OF APPEAL as to 44 Order on Motion for Summary Judgment,,, 45 Clerk's Judgment,, by Defendants Patrick Donahoe, Michael Kervin, United States Postal Service (Olson, Lisa) (Entered: 09/06/2013)                                                                                                                                                                                                                                                                                                                                                       |
| 09/06/2013 | 49 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 48 Notice of Appeal filed by Michael Kervin, Patrick Donahoe, United States Postal Service to the U.S. Court of Appeals. ( Retained Counsel, Fee not paid,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record)(dbrow, ) (Entered: 09/06/2013)                                                                                                                                                                                                                      |
| 09/06/2013 | 50 | USCA Case Number 13−1374 for 48 Notice of Appeal filed by Michael Kervin, Patrick Donahoe, United States Postal Service. (dbrow, ) (Entered: 09/06/2013)                                                                                                                                                                                                                                                                                                                                                                                                      |
| 09/18/2013 | 51 | NOTICE OF Cross APPEAL as to 44 Order on Motion for Summary Judgment 45 Clerk's Judgment by Plaintiffs Tab Bonidy, National Association for Gun Rights (Filing fee $ 455, Receipt Number 1082−3540103) (Manley, James) (Modified on 9/19/2013 to indicate cross appeal) (dbrow, ). (Entered: 09/18/2013)                                                                                                                                                                                                                                                       |