# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within ten days of filing the notice of appeal**

Short Title: __Bonidy v. U.S. Postal Service__   District: __Colorado__
District Court Number: __10-cv-2408__   Circuit Court Number: __13-1374__
Name of Attorney: __Daniel Tenny__
    Name of Law Firm: __U.S. Department of Justice__
    Address of Firm: __950 Pennsylvania Avenue, NW, Room 7215, Washington, DC 20530__
    Telephone of Firm: __(202) 514-1838__   Attorneys for: __Defendants-Appellants__
Name of Court Reporter: _____   Telephone of Reporter: _____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [ ] A transcript is not necessary for this appeal, or
    [x] The necessary transcript is already on file in District Court
    [ ] The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)
Voir dire: _____; Opening Statements: _____;
Trial proceedings: _____; Instruction Cnf: _____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: _____.
(Attach additional pages if necessary)

[ ] Appellant will pay the cost of the transcript.
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[ ] **This case is proceeding under the Criminal Justice Act.**
NOTE: Leave to proceed in forma pauperis does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit**. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: __s/ Daniel Tenny__   Date: __September 20, 2013__

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date: _____

A-8  Transcript Order Form 4/97