IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02408-RPM

TAB BONIDY and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
MICHAEL KERVIN, Acting Postmaster, Avon, Colorado,

    Defendants.

_____

### ORDER AMENDING FINAL JUDGMENT
_____

Pursuant to the judgment of the Tenth Circuit Court of Appeals entered June 26, 2015, it is

ORDERED that the final judgment entered by this court on July 9, 2013, (Doc. 45) is amended to exclude the following paragraph and removal of the award of costs to the plaintiff.

> ORDERED that the Defendants take such action as is necessary to permit Tab Bonidy to use the public parking lot adjacent to the Avon Post Office Building with a firearm authorized by his Concealed Carry Permit secured in his car in a reasonably prescribed manner....

Dated:   September 17th, 2015

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge