IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02408-RPM

TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
MICHAEL KERVIN, Acting Postmaster, Avon, Colorado,

    Defendants.
_____

## AMENDED FINAL JUDGMENT
_____

Pursuant to the Order Amending Final Judgment entered by Senior District Judge Richard P. Matsch on September 17, 2015, it is

ORDERED that the claims of unconstitutionality of 39 C.F.R. § 232.1(*l*) made by Plaintiffs are denied.

Dated: September 17th, 2015

FOR THE COURT:

APPROVED:                        JEFFREY P. COLWELL, Clerk

s/Richard P. Matsch                s/M. V. Wentz

_____        By _____
Richard P. Matsch                          Deputy Clerk
Senior District Judge